Rev. 7/06
CO Hab Corp
AO 241 amd.

Page 1
FILED
APR 21 2008
Clerk, U.S. District an
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
COMPLAINT

HERIBERTO MORALES
NAME (Under which you were convicted)

28118-180
PRISON NUMBER

FEDERAL CORRECTIONAL COMPLEX USP 2
PLACE OF CONFINEMENT/ADDRESS
P.O. Box 1034
Coleman, Florida
33521

Gilberto Moralez                    )
(Full Name)        Petitioner       )
                                    )
                                    )    Case: 1:08-cv-00691
                                    )    Assigned To : Bates, John D.
         v.                         )    Assign. Date : 4/21/2008
                                    )    Description: Habeas Corpus/2255
                                    )
D.B. Drew/ Harry Lappin             )
(Name of Warden, Superintendent, Jailor, or )
authorized person having custody of petitioner) )
               Respondent           )

PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA

INSTRUCTIONS - PLEASE READ CAREFULLY

1.  This petition must be legibly handwritten or typed, and signed by the petitioner. <u>Any false statement of material fact may serve as the basis for prosecution and conviction for perjury.</u> All questions must be answered concisely in the proper space on the form.

2.  Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3.  Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

4. If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

5. Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

6. When you have completed the form, send the original and one copy to:
   Clerk, United States District Court for the District of Columbia
   Room 1225
   333 Constitution Avenue, NW
   Washington, DC 20001

7. <u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

1. (a) Name and location of court which imposed the sentence (or detention) of conviction you are challenging:
   UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF TEXAS ( ABILENE DIVISION)

2. (a) Date of the sentence (or detention): AUGUST 30, 2002

3. Length of sentence: 327 Months, 5 years Supervise release.

4. Nature of offense involved (all counts): Title 21 USC § 846: Conspiracy to Distribute and possess with Intent to Distribute more than 500 Grams of Methamphetamine.

5. (a) What was your plea? (Check one):
   ☐ Not guilty
   ☒ Guilty - BY TRICKERY, FRAUDULENT INDUCED
   ☐ Nolo Contendere (no contest)
   ☐ Insanity

Page 3

(b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: <u>I Pleaded guilty to Count 3 of the Superseding indictment 21 USC § 846 Conspiracy to distribute and possess with intent to distribute more than 500 grams of Methamphetamine.</u>

6. Have you previously filed any petitions, applications, or motions with respect to this sentence in any court?
   ☒ Yes
   ☐ No

7. If your answer to Question 10 was "Yes," give the following information:
   (a) (1) Name of Court: <u>U.S.D.C. NOTHERN DISTRICT OF TEXAS</u>
       (2) Nature of the proceedings: <u>2255, 2241, 21 USC § 846,841 are ILLEGAL, UNLAWFUL, UNCONSTITUTIONAL Title 18, 21 are void, never enacted, the act of June 25, 1948 is the act of nothing, Fraud.</u>

       (3) Grounds raised: <u>Jurisdiction fraud and void, Titles 18-21 are invalid "Judge" defactal unsuper Samual R. Cummings oath of office is frivilous, he was unable to sustain a valid Judgment; 18 USC & 21 USC both ILLEGAL, UNLAWFUL, UNCONSTITUTIONAL, Title 18,21 are void never enacted, the act of June 25, 1948 is the act if nothing,fraud.</u>

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           ☐ Yes
           ☒ No
       (5) Result: _____
       (6) Date of result: _____

   (b) As to any second petition, application, or motion, give the same information:
       (1) Name of Court: <u>UNITED STATES COURT OF APPEALS FIFTH CIRCUIT</u>
       (2) Nature of the proceedings: <u>2241</u>

       (3) Grounds raised: <u>Jurisdiction fraudulent and void, Titles18-21 are invalid "Judge" defactal unsuper Samual R. Cummings oath of offic is frivilous, he was unable to sustain a valid judgment/ Sam R. Cummings is not an Article III Judge, and does not run an inferior Court but a military Court,and has no Jurisdiction over movant.</u>
       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           ☐ Yes
           ☒ No
       (5) Result: _____



   (6) Date of result: _____

 (c) As to any third petition, application, or motion, give the same information:
   (1) Name of Court: _____N/A_____
   (2) Nature of the proceedings: _____
_____
_____

   (3) Grounds raised: _____
_____
_____
_____
_____

   (4) Did you receive an evidentiary hearing on your petition, application or motion?
     ☐ Yes
     ☐ No
   (5) Result: _____
   (6) Date of result: _____

 (d) Did you appeal to the highest court having jurisdiction for the result of action taken in any petition, application or motion?
   (1) First petition, etc."
     ☐ Yes
     ☒ No
   (2) Second petition, etc.:
     ☐ Yes
     ☒ No
   (3) Third petition, etc.:
     ☐ Yes
     ☐ No  N/A

 (e) If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: __I had been is S.H.U. for over 21 month's__
_____
_____
_____
_____

8. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

Page 5

A. **GROUND ONE:**
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: Me, the Undersigned petitioner and affiant, for and on the behalf of Gilberto-Garcia:Moralez, Lawful Man, as my brother's keeper who is being unlawfully held in a Debtors prison at USP Coleman II located in the county of sumter, Florida state by commercial agent Drew, warden of commercial corporation FEDERAL BUREAU OF PRISONS for on behalf of UNITED STATES OF AMERICA hereby aver and certify under Title 28 USC 1746(1), Title 42 USC 1981 and Fereral Public Law 97-280, 96 Stat 1211 and James 5:12 when there is no conflict, that the facts states herein are true correct, complete and not misleading to the best of my knowledge, and shows the court the following,

   :"SEE ATTACH WRIT OF HABEAS CORPUS"

B. **GROUND TWO:**
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: Me, Gilberto-Garcia:Moralez, the petitioner brings this petition for the great writ of right Writ for Habeas Corpus by Authority of the 1787 Constitution of the united States, Artical 1, Section 9, Clause 2, and the Orginal Amendment 13 on behalf of Gilberto-Garcia:Moralez, Lawful Man, who is being held by the use of fraud for the debts of a fiction known as HERIBERTO MORALES, DEFENDANT.

   "SEE ATTACH PETITION BY LAW BY RIGHT FOR WRIT OF HABEAS CORPUS"

C. **GROUND THREE:**
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: Me, the petitioner, the applicant, declares that Gilberto-Garcia: Moralez, Lawful Man is being illagally and unlawfully restrained of Life, Liberty and Property by the administrative agents of Corporations of B.O.P and the UNITED STATES OF AMERICA. The petitioner knows of no order nor writ, nor process for the restraint of Life, Liberty and property of prtitioner, neither under law, not color of law, nor commercial process. (or, if one exist, describe it and attach to this petition)

Page 6

D. **GROUND FOUR:**
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: <u>Gilberto-Garcia:Moralez, Lawful Man, is unlawfully restrained of his Life, Liberty and property as the "Surety" for the debt obligations of the UNITED STATES in breach of the 13th Amendment to the 1787 Constitution of the, United States (and see Bailey v. Alabama, 219 U.S 21, 9 to Wit</u>

9. If any of the grounds listed in 12A, B, C, or D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: <u>None, I Have been in SHU for me to work with this legal Re-Sherch.</u>

10. Do you have any petition or appeal pending in any other court, either, District of Columbia or Federal, as to the sentence (or detention) under attack?
   ☐ Yes
   ☒ No

   (a) If so, give the name and location of the court and case number, if known: _____

11. Do you have any future sentence to serve after you complete the sentence (or detention) under attack?
   ☒ Yes
   ☐ No

   (a) If so, give name and location of court which imposed sentence to be served in the future: <u>UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA LAKE CHARLES DIVISION.</u>

Page 7

(b)    And give date and length of sentence to be served in future: <u>18 Months/Sep 2025</u>

(c)    Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        ☒    Yes
        ☐    No

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_[signature]_
Petitioner's Signature

_March/23/2008_
Date

March 3rd, 2008

To: Clerk of Court:

### EMERGENCY HEARING IMMEDIATE ASSISTANCE

Can you please waive any public cost or filing fees, because we are unable to 'Pay' debts at law ( U.S.Const. Article 1, Section 10) because we are insolvent due to the U.S. Bankruptcy as declared by Executive Order Numbers 6073, 6102, 6111 and 6260.

We're only able to 'discharge' debts via the remedy provided by Congress via HJR-192 (TRADE ACCEPTANCE) due to the National Emergency (Senate Report 93-549-1933).

Note: If infact you can not waive said Public cost or filing fees (if any) then would you explain how I can pay without becoming a Tort feasor?

Thank You

*[signature]*
Gilberto-Garcia:Moralez
A/K/A/ Heriberto Morales
No: 28118-180 G2 Unit
Federal Correctional Complex USP-2
P.O.Box 1034
Coleman, Florida 33521-Exempt

UNITED STATES DISTRICT COURT
for the District of Columbia
at Washington Division
At Law (D.C.Code Title 11§101)
Article III Judicial Power

| | |
|---|---|
| <u>Special and Limited Appearance</u> <br> <u>By Gilberto-Garcia:Moralez, Sui juris</u> <br> <u>a Lawful Man, Petitioner</u> | CaseNo:_____ <br> ( To Be assigned by Clerk) |
| GILBERTO GARCIA MORALEZ         ) <br>        PLAINTFF         ) <br>                 ) <br> Vs         ) <br> THE UNITED STATES OF AMERICA         ) <br> ( A CORPORATION)         ) <br>     DEFENDENT | <u>PETITION BY LAW BY RIGHT</u> <br> <u>FOR WRIT OF HABEAS CORPUS</u> <br> <u>&</u> <br> <u>Petition by AFFIDAVIT</u> <br> <u>IN COMMERCE FOR</u> <br> <u>WRIT OF HABEAS CORPUS</u> |

TO THE HONORABLE JUDGES OF THE UNITED STATES DRISTRICT COURT FOR THE DISTRICT OF COLUMBIA AT WASHINGTON DIVISION, and the Court record or in the alterative to a court of competent venue and jurisdiction to hear matters pertaining to a living soul one of We the People, the Creator of the State, the [u]nited States and the Constitution. In the event that there is not found a Court of Competent Venue and Jurisdiction immediately, then this Great Writ of Right/Writ of Habeas Corpus are to be immediately transmitted to the U.S. Court of Appeals for the United States for an immediate and release of Gilberto-Garcia:Moralez, a Lawful Man.

In the Matter of One of We the People's Life, Liberty and Property Gilberto-Garcia: Moralez, a Lawful Man,

"NOTE: <u>This is a Common Law Writ of Habeas Corpus and NOT to be constured as a 28 USC 2241 or a 28 USC 2255.</u>"

I, Gilberto-Garcia-Moralez of, We, the People, Sovereigns, living souls, born upon the land in the Several States within the [u]nited States of America.

I, the undersigned Posterity, Creditor,Claimant, and Secured Party, hereinafter "Secured Party," does hereby solemnly declare, say and state:

    1. Secured Party is competent to state the matters set forth herewith.

    2. Secured Party has personal Knowledge of the facts stated herein.

- 1 -    08 0691

FILED
APR 21 2008
Clerk, U.S. District and
Bankruptcy Courts

(b)

3. All the facts stated herein are true, correct, complet, and certain, adimissible as evidence, and if testifying Secured Party shall so state.

## Plain Statement of Facts

1. The Writ of Habeas corpus is a writ of right, and shall never be suspended. The Legislature shall enact laws to render the remedy speedy and effectual, and pursuant to the 1787 Constitution of the United States, Article I, Section 9.Clause 2 and the original Amendment 13.

2. Me, the undersigned petitioner and affiant, for and on the behalf of Gilberto-Garcia:Moralez, Lawful Man, as my brother's keeper who is being unlawfully held in a debtors prison at UNITED STATES PENITENTIARY COLEMAN-2 located in the county of Sumter, Florida state by commercial agent D.B.Drew/Lappin ,Warden of commercial corporation FEDERAL BUREAU OF PRISONS for and on behalf of UNITED STATES OF AMERICA. hereby aver and certify under the Federal law Title 28 USC 1746 (1), title 42 USC 1981 and Federal Public Law 97-280, 96 Stat 1211 and James 5: 12 when there is no conflict, that the facts stated herein are true correct, complete and not misleading to the best of my knowledge and belief, and shows the court the following.,

3. Me, Gilberto-Garcia:Moralez, the petitioner brings this petition for the great writ of right Writ for Habeas Corpus by the Authority of the 1787 Constitution of the united States, Article 1, Section 9. Clause 2, and the original Amendment 13 on behalf of Gilberto-Garcia:Moralez, Lawful Man, who is being held by the use of fraud for the debts of a fiction known as HERIBERTO G. MORALES,DEFENDANT.

4. There is neither evidence of Rebellion nor Invasion, nor jeopardy of the public safety requiring the suspension of the great Writ of right (See:**Ex Parte Mulligan 4 Wall 2, 1866**).

5. Me, the petitioner, the applicant, declares that Gilberto-Garcia:Moralez, Lawful Man is being illegally and unlawfully restrained of Life, Liberty and property by the administrative agents of the Corporations of FEDERAL BUREAU OF PRISONS and the UNITED STATES OF AMERICA.

6. The petitioner knows of no order, nor writ, nor process for the restraint of Life, Liberty and property of petitioner, neither under law, not color of law, nor commercial process. (or, if one exits, describe it and attach to this petition).

7. Gilberto-Garcia:Moralez, Lawful Man, is unlawfully restrained of his Life,Liberty and property as the "surety" for the debt obligations of the UNITED STATES in breach of the 13th Amendment to the 1787 Constitution of the, United States (and see: **Bailey v. Alabama, 219 U.S. 21,9** " to Wit:

- 2 -

8. Governor of **Texas** "Interregnum" and his predecessor PRESENT GOVERNOR pledged the energy of the people of **Texas** (Nullus jus alienum forisfacere potest, No man can forfeit another's right), for the faith and credit of "the State" on March 6, 1933 at the Conference of Governors and, by the continued creation of credit by use of the Birth Certificate for the creation of debentures, indentures, accounts, pledges, bailments, appointments, through, and not limited to, Comprehensive Annual Financing Reports, and by fraudulent and unauthorized endorsements for maintaining "Sub-Servitude" over the people of **Texas** by succeeding governors interregnum and administrations, all for the purpose of maintaining the bankruptcy of the United States and the unjust enrichment of commercial officials, officials, and agents of the Nul tiel Corporations of THE STATE OF **TEXAS** and UNITED STATES, and its subdivisions.

9. I, me, applicant declares Gilberto-Garcia:Moralez, Lawful Man is the "Holder-In-due course" of the Birth Certificate, Texas Department of Vital Records County of Val Verde registrar's File Number 220, Control Number 53991, by virtue of the "Acceptance for Value" under Washington State Department of Licensing, and is the "Secured Party" having the security interest perfected by filing of the UCC-1 financial statement, Washington State Department of Licensing/ Secretary of State file Number 2006-159-6793-8, Revenue Tracking Number 1134199, filed on the 6th day of June, 2006 and it being his own private property that secures his trade mark.

10. By acts of criminal trespass and slander against his private property, his trademark, and his perfected registered security interest of the Gilberto-Garcia:Moralez, Lawful Man, specifically the "energy". Fraudulent commercial claim(s) are being made against Gilberto-Garcia:Moralez, Lawful Man by the Commercial agants of the UNITED STATES.

11. The "energy" of Gilberto-Garcia:Moralez, Lawful Man, the "Holder-In-Due-course", is unlawfully seized as a commodity or article of commerce in violation of the laws of the United States, the Sherman Anti-Trust Act a Public Law, as amended and codified specifically at Title 15 USC 1, and USC 17 and the Hobbs Act, Title 18 Usc 1951 for the restraint of trade or commerce through a combination of conspiracy for unjust enrichment for themselves and for other officials, officers, and agents of the UNITED STATES OF AMERICA and its subdivisions.

12. **It is hereby demanded me the creator one of We the People that the court take judicial notice (Federal rules of civil procedures Rule 201 (d) and (e), and, of Title 27 Code of Federal regulations, Part 72.11, which declares all crimes, both Federal and State, to be "Commercial Crimes" or to be treated as "Commercial Crimes."**

20. By the authority of Federal Law, debt obligations of the United States [18 USC 8] are exempt from taxation by a State political subdivision of a State under Title 31 USC 3124,[See: **Memphis Bank & Trust v. Garner, 459 U.S.392.**]

21. The United States Supreme Court has held that involuntary contributions in the nature of taxes, assessment, penalties, or forfeitures cannot be enacted under State laws in thing other than gold and silver Coin. [See: **Hagar v. Land Reclamation District 108, 111 U.S. 701.**].

22. The United States Supreme Court has held that the acts of any, including the State of **Texas**, or acts of any State official, officer, or agent for the State, enforcing a debt in contravention of the Organic Law under Article I, Section 10;Clause I is an impairment of the obligation of the duty and office of the official, officer, or agent is entrusted with, and expropriation of the property of the inhabitants of the State, as Principal Creditors, by neglect of due process of law, due coarse of law, and warrant of law.[See: **Home Bldg. & Loan Ass'n v. Blaisdell, 290 U.S. 389, 428-44**].

23. By the authority cited in the above paragraphs, Federal Reserve Notes, checks, money orders, and other commercial instruments payable only in Federal Reserve Notes are not within the meaning of those things allowed by Law to be received by the UNITED STATES OF AMERICA and further attempt or actions against Gilberto-Garcia:Moralez, Lawful Man, his private property and security interests, and immemorial prescriptive rights must be deemed to be an attempt to solicit an honorarium in breach of the United States Code.

24. By the authority cited in the 73rd Congress Sess. II Chs. 651, 652 June 19, 1934 Chs 651. Sec. 2 " The court (Supreme Court) may at any time unite the general rules prescribed by it for cases in equity with those in actions at laws so as to secure one form of civil action and procedure for both: Provided, however, That in such union of rules the right of trial by jury as at common law declared by the seventh amendment to the constitution shall be preserved to the parties inviolate", said act and order is in force and remaining un-repealed. Therefore the petitioner makes this demand upon this U.S. District Court of record for trial by jury by law as preserved by the seventh amendment of the Constitution for the United States.

25. "By the authority cited in the first Congress Sess.I Chs. 20 1789 Sec. 35 "And be it further enacted, That in all courts of the United States the parties may plead and manage their own causes personally or by assistance of such counsel or attorneys at law as by the rules of said courts respectively shall be permitted to manage and conduct causes therein".



26. In all criminal prosecutions the accused shall have a speedy public trial by an impartial jury. He shall have the right to demand the nature and cause of the accusation against him, and to have a copy therof. He shall not be compelled to give evidence against himself, and shall have the right of being heard by himself or counsel,or both, shall be confronted by the witnesses against him and shall have compulsory process for obtaining witnesses in his favor" said organic law is in force and remaining un-repealed.

27. Gilberto-Garcia:Moralez, Lawful Man, does not consent nor assent for the making of a "gift" by or against the Lawful Man "pledge" in the form of an "Income Tax" or "Receipts Tax" or "License Tax" to the State of __Texas__ [See:Humble Oil and Refining Company v. Calvert, (1971), 464 S.W. 2d 926, Cert. Den.409 U.S. 967.] "Irrespective of what is called by state or federal law, if its purpose is to produce revenue, it is an income tax or receipts tax under the Buck Act [Title 4 USC 105 et seq.]

28. Impossibillum mulla obligatio est, that there is no obligation to do impossible things.

## RELIEF

1. Therefore, the Petitioner requests that Gilberto-Garcia:Moralez, lawful Man, and his Life, Liberty and property be immediately released from restraint and that the order of the Court be released to him immediately so that the aforementioned commercial account number may be discharged. In the event the judge of the aforsaid DISTRICT COURT, A CORPORATION, refuses to release Applicant and move this cause to the proper Court of record to be heard by common law the attorneys and said Judge is herein placed on **NOTICE under 18 USC 241** "If two or more persons conspire to injure, threaten or intimidate any citizen in the free exercise or enjoyment of any right or privilege secured to him by the constitution or laws of the United States, or because of his having so exercised the same;" "They shall be fined not more then 10,000 dollars or imprisoned not more than ten years, or both;"

2. Petitioner request issuance of federal subpoenas for all Plaintiffs and their Witnesses so they may be brought before the proper Court and examined for their purported allegations of Gilberto-Garcia:Moralez, Lawful Man's violations of the laws of the United States, not limited to the Plaintiffs' violations of Gilberto-Garcia:Moralez, Lawful Man's unalienable rights, as he further alleges fraud,libel, and criminal trespass against his Life, Liberty and private property, as well as he



being detained without due process of law and without bail or committed, as the law and nature of the causes may require. By the authority of the laws of the United States Title 18 USC 241 and 242 and the Hobbs Act 18 USC 1951.

3. Petitioner further request that the Plaintiffs be bound over and brought before the proper tribunal for examination for violations of Treaties made under the authority and laws of the United States under the Constitution of the United States Art VI, Paragraph 2, including but not limited, the U.N. Charter, the U.N. Convention of Human Rights, the Hague Convention of 1961, The Genocide treaty, the Convention Concerning Forced or Compulsory Labour 28, June 1930 as Modified by the Final Article revision Convention 1946, the league of Nations Convention to Suppress the Slave Trade and Slavery of September 26, 1925 with Protocols Amending the Slavery Convention, December 7, 1953, and with Supplementary Convention on the Slave Trade, and institutions and Practices Similar to Slavery, September 7, 1956.

**Further Petitioner/affiant/applicant saith naught.**

EXECUTED pursuant to Title 28 USC 1746(1) on this _3rd_ day of _March_ 2008,

_[signature]_
Gilberto-Garcia:Moralez, Petitioner **Reg No: 28118-180**
C/o 846 N.E. 54th Terrance
Coleman, Florida[33521]

at the mouths of two witnesses or at the mouths of three witnesses, so shall the matter be established. ( Deut. 19:15)

Witness _Rafael [signature]_ Date _3/5/08_
Witness _David Rodriguez_ Date _3/5/08_
Witness _Carlos V. Mala_ Date _3/5/08_

The use of a notary on this document does not constitute any adhesion, nor dose it alter my status in any manner. The purpose of notary is for verification and idenification only, for the benefit of the Pagans and Heathens so they may become knowledgeable in the truth and of the law of our Father in Heaven and repent, and not for entrance into any foreign jurisdiction.

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

08-691
JDB

## I (a) PLAINTIFFS

Heriberto Morales

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se YR

## DEFENDANTS

O.B. Drew, et al

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
#28118-180

Case: 1:08-cv-00691
Assigned To : Bates, John D.
Assign. Date : 4/21/2008
Description: Habeas Corpus/2255

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
■ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency Is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

| ■ G. *Habeas Corpus/ 2255*<br>☑ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 2241

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐  **DEMAND $** Check YES only if demanded in complaint  **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** N.F. (See instruction) ☐ YES ☒ NO If yes, please complete related case form.

DATE 4/21/08   SIGNATURE OF ATTORNEY OF RECORD  WcD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

|  ■ G. *Habeas Corpus/ 2255*  ☑ 530 Habeas Corpus-General  ☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*  ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)  *(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*  ☐ 895 Freedom of Information Act  ☐ 890 Other Statutory Actions (if Privacy Act)   *(If pro se, select this deck)* | ☐ J. *Student Loan*  ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*  ☐ 710 Fair Labor Standards Act  ☐ 720 Labor/Mgmt. Relations  ☐ 730 Labor/Mgmt. Reporting & Disclosure Act  ☐ 740 Labor Railway Act  ☐ 790 Other Labor Litigation  ☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*  ☐ 441 Voting (if not Voting Rights Act)  ☐ 443 Housing/Accommodations  ☐ 444 Welfare  ☐ 440 Other Civil Rights  ☐ 445 American w/Disabilities-Employment  ☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*  ☐ 110 Insurance  ☐ 120 Marine  ☐ 130 Miller Act  ☐ 140 Negotiable Instrument  ☐ 150 Recovery of Overpayment & Enforcement of Judgment  ☐ 153 Recovery of Overpayment of Veteran's Benefits  ☐ 160 Stockholder's Suits  ☐ 190 Other Contracts  ☐ 195 Contract Product Liability  ☐ 196 Franchise | ☐ N. *Three-Judge Court*  ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 2241

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY** N.F.   (See instruction)   ☐ YES  ☒ NO   If yes, please complete related case form.

DATE 4/21/08   SIGNATURE OF ATTORNEY OF RECORD   WCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

### I (a) PLAINTIFFS

Heriberto Morales

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se Jr

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 28118-180

### DEFENDANTS

D.B. Drew, et al

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:08-cv-00691
Assigned To : Bates, John D.
Assign. Date : 4/21/2008
Description: Habeas Corpus/2255

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
■ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ☐ A. Antitrust | ☐ B. Personal Injury/Malpractice | ☐ C. Administrative Agency Review | ☐ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>Social Security:<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>Other Statutes<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)