UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HERIBERTO MORALES,**<br><br>       Petitioner,<br><br>       v.<br><br>**D.B. DREW** *et al.*,<br><br>       Respondents. | Civil Action No.  08-0691 (JDB) |

**FINAL ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that this petition is DISMISSED for want of jurisdiction.

This is a final, appealable order.  *See* Fed. R. App. P. 4(a).

Date:  May 14, 2008

                                        /s/
JOHN D. BATES
United States District Judge