UNITED STATES DISTRICT COURT
for The DISTRICT of Columbia
at Washington Division
At Law ( D.C. Code Title 11 § 101 )
Article III Judicial Power-

Gilberto Garcia Moralez )
Plaintff - one of we the People )
vs. )
) Civil Action No:
) 08-0691 (JDB)
THE UNITED STATES OF AMERICA ) "MOTION FOR C.O.A"
( A CORPORATION ) )
DEFENDANT ) 28 USC 1291
) TO THE U.S. COURTS OF
        APPEALS

MOVANT, Plaintff, Moves this HONORABLE Court for a Request to Grant CERTIFICATE OF APPEALA-BILITY, To Plaintff, to the U.S. Court of Appeals.

Movant Prays this GRANTED

Done this 20th day of May, 2008

Respectfully Submitted

*[signature]*
Gilberto Garcia Moralez (c)
Reg No: 28118-180
U.S.P. Coleman I
P.O Box 1034
Coleman Florida
                33521 - Exempt

RECEIVED
MAY 27 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT