DATE MAY 25 2008                                    MEMORANDUM OF RECORD

UNITED STATES DISTRICT COURT
for the District of Columbia
at Washington Division
At Law (DC Code TITLE 11 § 101)
Article III Judicial Power

| | | |
|---|---|---|
| GILBERTO GARCIA MORALEZ<br>Plaintff<br>One of We The People | ) )  ) | Civil Action<br>CASE NO:<br>08-0691 (JDB) |
| V.S | ) | |
| THE UNITED STATES OF AMERICA<br>(A CORPORATION)<br>Defendant | ) ) ) | NOTICE OF APPEAL FOR<br>DISTRICT COURT DENIED<br>JUDGMENT OF PLAINTFF<br>U.S. COURT OF APPEALS |

Comes Now Plaintff Gilberto Garcia Moralez, INVOKE'S NOTICE OF APPEAL ON ORDER DATED MAY 14, 2008 where Plaintff Filed a PETITION BY Law BY Right For WRIT OF HABEAS CORPUS & PETITION by AFFIDAVIT IN COMMERCE FOR WRIT OF HABEAS CORPUS. AND is A Common LAW WRIT OF HABEAS CORPUS and NOT to be Construed as a 28 USC 2241 OR 28 USC 2255.

Gilberto Garcia Moralez (c)
Gilberto Garcia Moralez
Reg No: 28118-180
U.S.P. Coleman II
P.O. Box 1034
Coleman FL. 33521-Exempt

**RECEIVED**

MAY 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT