UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HERIBERTO MORALES,

    Petitioner,

    v.                                           Civil Action No. 08-0691 (JDB)

D.B. DREW *et al.*,

    Respondents.

FINAL ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that this petition is DISMISSED for want of jurisdiction.

This is a final, appealable order. *See* Fed. R. App. P. 4(a).

                                      /s/
                              JOHN D. BATES
Date: May 14, 2008             United States District Judge