CERTIFIED PROMISSORY NOTE

**RECEIVED**
**JUL 1 1 2008**
**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

Note Number: GGM-062606                                    Date: July 2, 2008

Pay to the
Order of ****** U.S. DISTRICT COURT FOR DISTRICT OF COLUMBIA $455.00 *****
*******Four Hundred Fiftyfive Dollars*****

    This instrument is tenderd by the Undersigned Responent, Gilberto Garcia Moralez, hereinafter "Maker," in good faith, and in accordance with law, as codeified at UCC §§ 1-103, 1-104, 1-201, (4)(28)(30), 3-103(a)(6) and Public Policy at House Joint Resolution 192 of June 5, 1933, as full satisfaction of an alleged debt claimed and allegedly owed in favor of Payee herein, i.e. U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, d.b.a. a debt collector, as per Payee's/Debt Collector ' Written Communication/Presentment:

    Alleged Creditor: U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
    Alleged Account No: USDC-1:08-cv-00691-JDB
    Alleged Amount Due: $455.00

    A true and correct copy of UNITED STATES COURT OF APPEALS FOR DC CIRCUIT/ Presentment is attached herto. made fully part hereof, and included herein by reference. This statement constitutes Maker's promise for paying this insteument upon presentment and indorsement, at Maker's location.

    As operation of law, Payee/Debt Collector tacitly cosents and agrees that there is accord and satisfaction by use of this instrument for satisfying Payee's/ Debt Collector's claim and Maker is hereby discharged from liability on this alleged account and the obligation is suspended in accordance with law as codified at UCC §§ 3-310(b), 3-311, and 3-603.

    Maker does not waive timeliness. However, if Payee/Debt Collector needs additional time, Payee/Debt Collector must present Maker with a written request for additional time within a reasonable time, setting forth the reasons Payee/Debt Collector requests an extension of time, with good cause shown. The acceptability of any such request received by Maker from Payee/Debt Collector is conditional upon approval by Maker.

In the event this instrument is not presented for payment within a reasonable period of time, and there has been no request for an extension of time with good cause shown, Payee/Debt Collector tacitly Consent's and agrees that Payee/Debt Collector has no bona fide verifiable claim re this alleged account.

Payee/Debt Collector tacitly consents and agrees that Debt Collector has a duty for preventing this alleged account from damaging Maker in any way, and that Debt Collector confessess judgement and Maker reserves the right for initiating a counterclaim against Debt Collector, and for filing a claim against the bond of any responsible party, including Debt Collector and all principals, agents and assignees of Debt Collector, whose acts/omissions result in tort damages against Maker.

_[signature]_
GILBERTO G. MORALES(c) Respondent/Maker

Witness _[signature]_
Witness _[signature]_

Respondent's Private International Administrative Remedy Demand No GGM-062606-KE

- 2 -

CERTIFIED PROMISSORY NOTE (CONT...)

<u>Authorized person indorse below. Print name and official title when presenting this instrument for payment. Government-issued ID with photograph required, i.e. only the following types of ID accepted: State-issued Drivers License; State-issued Identification Card; Passport.</u>

_____           _____
Printed Name of Indorser               Form of Photo Identification


_____           _____
Official Title of Indorser             Form of Official Identification


_____           _____
Date of Presentment and Indorsement    Signature of Indorser



                        Right Thumb Print    [  ]

                        Date:_____


Recording Requested By: Gilberto-Garcia:MOralez,
and When Recorded Return to:

In care of:
        Heriberto Morales
        Reg No: 28118-180
        U.S.P.COLEMAN II
        P.O.Box 1034
        Coleman, Florida
        33521-Exempt

*[signature]*
HERIBERTO MORALES (c), Respondent/Maker

Witness _[signature]_          Witness _[signature]_


Respondent's Private International Administrative Remedy Demand No: GGM-062606-KE

<ins>VERIFICATRION OF TENDER OF PAYMENT AND
NOTICE OF RESERVATION OF RIGHT FOR INITIATING COUNTERCLAIM AND
FOR FILING CLAIM AGAINST BOND</ins>

<ins>Introductory Certification</ins>

The Undersigned, GILBERTO G. MORALES(c) hereinafter "Declarant," does herwith solemnly swear, declare, and state that:

1. Declarant can competently state the matters set forth herewith.
2. Declarant has personal knowledge of the facts stated herein.
3. Declarant has read and signed this Verification of Tender of Payment and Notice of Reservation of Right for Initiating Counterclaim and for filing Claim against Bond, hereinafter "Tender and Reservation of Right."

<ins>Plain Statement of Facts</ins>

4. This Tender and Reservation of Right is not interposed for purpose of delay.
5. This Tender and Reservation of Right does not prejudice U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, "U.S. DEPARTMENT OF JUSTICE CORPORATION in this matter.
6. Declarant does not join in any merits of Written Communication/Presentment of U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, d.b.a. , a debt collector.

<ins>Verification and Certification</ins>

7. The Undersigned Declarant, GILBERTO G. MORALES(c), i.e. Declarant, does herewith swear, declare, and affirm that Declarant executes this Tender and Reservation of Right with sincere intent, that Declarant can competently state the matters set forth herein, that the contents are true, correct, complete, and certain, not misleading, and the truth, the whole truth, and nothing but the truth as per the best of Declarant's knowledge and understanding.

Further Declarant saith naught.
Dated: July 5, 2008                              Witness _____
signed: _____(c)             Witness _____
GILBERTO G. MORALES(c), Declarant

Respondent's Private International Administrative Remedy Demand No: GGM-062606-KE

Debt Collector Can you please waive any Publib Cost on filing fees, because we are unable to 'Pay' debts at law (U.S.Const Article 1, Section 10) because we are INSOLVENT due to the U.S. BANKRUPTCY as declared by Executive order No: 6073, 6102, 6111 and 6260. We're only able to 'discharge' debts via the remedy provided by Congress via HJR-192 (TRADE ACCEPTENCE) due to the National Emergency (Senate Report 93-549-1933)

NOTE:

If infact you cannot waive said Public cost or filing fees then would you explain how I can pay without becoming a Tort Feasor?.

RESPONDENTS Have (10) days with to comply and rebut point for point, from receipt of this mail, UCC 1-204 Unless you request and extension of time: A lack of response on your part means a fault, UCC 1-201(16) exists which vitiates all forms, contracts, agreements, ect, expressed or implied, from the beginning UCC 1-103.

"REQUEST RETURN RECEIPT"
ALL RIGHTS RESERVED WITHOUT PREJUDICE UCC 1-207

UCC 3-419 _[signature]_
Signature of Secured Party Creitor
Authorized Agent,
Attorney-In-Fact, Sui Juris
Exempt No: 457375240

Respondent - Appellee

Gilberto Garcia Moralez, also known as Heriberto Morales,

Petitioner - Appellant

v.

United States of America; D. B. Drew; Harley G. Lappin,

Respondents - Appellees



| | | |
|---|---|---|
| 05/30/2008 | | US PRISONER CASE docketed. [08-5169] |
| 05/30/2008 | | NOTICE OF APPEAL filed [1119132] by Gilberto Garcia Moralez of decision of U.S. District Court [08-5169]. |
| 06/12/2008 | 📄 | CLERK'S ORDER filed [1121367] because the docketing fee in this case has not been paid, it is ORDERED, on the court's own motion, that by July 14, 2008, appellant either pay the $455 appellate docketing and filing fees to the Clerk of the District Court, or file a motion in district court for leave to proceed on appeal in forma pauperis. [SEE ORDER FOR FURTHER DETAILS]. [APPELLANT payment of docketing fee or motion to proceed IFP in district court due 07/14/2008]. Failure to respond shall result in dismissal of the case for lack of prosecution. The Clerk is directed to send this order to appellant by whatever means necessary to ensure receipt. [08-5169] |
| 06/12/2008 | 📄 | LETTER SENT [1121368] to warden sending order ifp motion or docket fee[1121367-2]. Prisoner acknowledgment of receipt from Warden due 07/14/2008 [08-5169] |
| 06/12/2008 | | SUPPLEMENTAL NOTICE filed from Clerk, District Court for certificate of appealability [COA Status:COA denied] [08-5169] |

General Docket
United States Court of Appeals for DC Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 08-5169 | **Docketed:** 05/30/2008 |
| **Nature of Suit:** 2530 Habeas Corpus | |
| Gilberto Moralez v. United States of America, et al | |
| **Appeal From:** United States District Court for the District of Columbia | |
| **Fee Status:** Fee Due | |

**Case Type Information:**
1) Prisoner US
2) Federal
3) -

**Originating Court Information:**
  District: 0090-1 : 1:08-cv-00691-JDB
  Trial Judge: John D. Bates, U.S. District Judge
  Date Filed: 04/21/2008
  Date Order/Judgment:              Date NOA Filed:
  05/14/2008                        05/14/2008

**Current Cases:**
  None

**Panel Assignment:** Not available


(Handwritten stamps/annotations across document: "ACCEPTED FOR VALUE CHARGE BACK", "This presentments is accepted for value and is sworn on the Undersigned's liabilities true, correct, and complete with all related endorsements front and back in accordance with Uniform Commercial Code 3-419 and House Joint Resolution 192 of June 5, 1933; Pre-Paid: Exempt from Levy.", "UCC 3-419(c) Gilberto Garcia Moralez(c) Authorized agent, Attorney-In-Fact Lead: 1:08-cv-00691-JDB Date: July 5, 2008 UCC 1-207 Without Prejudice")

| | |
|---|---|
| Gilberto Garcia Moralez, also known as Heriberto Morales (Federal Prisoner: #28118-180)<br>    Petitioner - Appellant | Gilberto Garcia Moralez<br>[NTC Pro Se]<br>United States Penitentiary<br>Coleman II<br>Firm: 352-689-7000<br>PO Box 1024<br>Coleman, FL 33521<br><br>Warden (Coleman I)<br>[NTC -]<br>United States Penitentiary<br>Coleman I<br>Firm: 352-689-6000<br>PO Box 1023<br>Coleman, FL 33521-1023 |
|     v. | |
| United States of America<br>    Respondent - Appellee | |
| D. B. Drew<br>    Respondent - Appellee | |
| Harley G. Lappin | |